# Court of Appeals
# of the State of Georgia

ATLANTA,____April 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1121.  PHILLIP SIMS v. STEVENS & STEVENS, LLC.**

This appeal was docketed in this court on February 18, 2015.  The Appellant's brief, including enumerations of error, was due to be filed no later than March 10, 2015.  Court of Appeals Rule 23 (a).  On March 2, 2015, this court granted Appellant an extension of time and ordered that Appellant's brief and enumerations of error be filed by no later than March 20, 2015.  Appellant, however, still has not filed a brief and enumerations of error as of the date of the present order.  Accordingly, the instant appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*____04/30/2015____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*